IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH J. CURTIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-09-764-R |
| MICHAEL J. ASTRUE, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin entered June 21, 2010. No objection to the Report and Recommendation has been filed nor has an extension of time to object to the Report and Recommendation been sought or granted. Therefore, the Report and Recommendation is ADOPTED, the decision of the Commissioner of the Social Security Administration is REVERSED and this case is REMANDED for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED this 13th day of July, 2010.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE